IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| F2VS TECHNOLOGIES, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SILVAIR, INC.<br><br>*Defendant.* | ) | Civil Action No. 1:19-cv-01077-RGA<br><br>JURY TRIAL DEMANDED |

**ANSWER TO COMPLAINT WITH AFIRMATIVE DEFENSES**

Defendant Silvair, Inc. ("Defendant" or "Silvair"), by and through its undersigned counsel, in response to Plaintiff's Original Complaint ("Complaint"), says as follows:

**NATURE OF THE ACTION**

1. Defendant admits that this action purports to be a patent infringement action and admits that Exhibits A, B and C attached to the Complaint purport to be copies of United States Patent Nos. 7,379,981 ("'981 Patent"), 8,700,749 ("'749 Patent") and 8,855,019 ("'019 Patent") (collectively, the "Patents-in-Suit"). Defendant lacks knowledge or information sufficient to form a belief as to the remaining allegations of paragraph 1 of the Complaint and therefore denies same.

**PARTIES**

2. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 of the Complaint and therefore denies same.

3. Defendant admits it is incorporated under the laws of the State of Delaware.

4. Defendant admits it has a place of business located at 717 Market Street, Suite 100, San Francisco, California, 94103.

5. Paragraph 5 states a conclusion of law that Defendant neither admits nor denies.

6. Denied.

## JURISDICTION AND VENUE

7. Defendant admits that this Court has subject matter jurisdiction over actions arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

## BACKGROUND INFORMATION

12. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 of the Complaint and therefore denies same.

13. Denied.

## COUNT I

14. Defendant restates and incorporates by reference each of its answers to paragraphs 1-13 of the Complaint.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Defendant denies that it requires authorization or license from Plaintiff and therefore denies the allegations of paragraph 20 of the Complaint.

21. Denied.

22. Denied.

**COUNT II**

23. Defendant restates and incorporates by reference each of its answers to paragraphs 1-22 of the Complaint.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Defendant denies that it requires authorization or license from Plaintiff and therefore denies the allegations of paragraph 29 of the Complaint.

30. Denied.

31. Denied.

**COUNT III**

32. Defendant restates and incorporates by reference each of its answers to paragraphs 1-31 of the Complaint.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Defendant denies that it requires authorization or license from Plaintiff and therefore denies the allegations of paragraph 38 of the Complaint.

39. Denied.

40. Denied.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. The Patents-in-Suit are invalid under 35 U.S.C. §§ 101, 102 and 103.

3. Plaintiff's claims for equitable relief are barred by the doctrines of estoppel, laches or unclean hands.

4. Defendant has not committed any acts of infringement of the Patents-in-Suit.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant requests that the Court enter judgment as follows:

a. Awarding judgment in favor of Defendant on all Counts of the Complaint and dismissing the Complaint with prejudice;

b. Denying all monetary and equitable relief sought by the Plaintiff;

c. Awarding Defendant attorney fees and costs of suit; and

d. Awarding Defendant all other relief the Court deems equitable and just.

## JURY DEMAND

Defendant demands a trial by jury on all issues so triable.

Dated: September 3, 2019

Respectfully submitted

PANITCH SCHWARZE BELISARIO & NADEL LLP

/s/ John D. Simmons
John D. Simmons (#5996)
Dennis J. Butler (#5981)
Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
jsimmons@panitchlaw.com
dbutler@panitchlaw.com
Telephone: (302) 394-6030

OF COUNSEL:

Vincent McGeary (to be admitted *pro hac vice*)
Michael Cukor (to be admitted *pro hac vice*)
MCGEARY CUKOR LLC
7 Dumont Place
Morristown, NJ 07960
vmcgeary@mcgearycukor.com
mcukor@mcgearycukor.com
Telephone: (973) 200-4837

*Counsel for Defendant Silvair, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the above document with the Clerk of Court using the Court's CM/ECF system which will send electronic notification of such filing to all registered counsel.

Date: September 3, 2019

*/s/ John D. Simmons*
John D. Simmons (#5996)